*Pg 1 of 126*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

SCANNED at WVCF and Emailed on
11-15-23 by JG - 126 pages.
(date)  (initials)  (num)

Roy Edward Wheatley Jr. )
            Plaintiff, )
            )
      vs. )
Samuel Byrd )
Centurion, etc... )
           Defendant, )
            )
(Enter above the full name of the )
Defendant(s) in this action.) )
            )
            )
            )

Case No.: 1:23-cv-02058-RLY-TAB
(TO BE SUPPLIED BY THE CLERK)

**FILED**

**11/15/2023**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

## COMPLAINT

### I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

     A. Plaintiff:

         Name Roy E. Wheatley Jr.

         Identification Number 239494

         Address P.o.Box 1111    Carlisle, In 47838

         Wabash Valley Correctional Facility

     B. Defendant(s)

         Name Samuel Byrd

         Title Medical Doctor

         Address unKnown.

         Name Centurion

         Title Medical Provider

         Address unKnown.

BK3

Pag 2 of 136

Defendant List Continued

Name: Bedwell - Last Name Known only
Title: Health care administrator at Wabash Valley C.F.
Address: Unknown.

Name: Lauren Kupp
Title: Nurse at Wabash Valley C.F.
Address: unknown

Name: Bobbi Riggs
Title: Nurse at Wabash Valley C.F.
Address: unknown

Name: Elizabeth Bennett
Title: Nurse at Wabash Valley C.F.
Address: unknown

Name: Taylor Hill
Title: Nurse at Wabash Valley C.F.
Address: unknown.

Name: Heather - First name known only
Title: Nurse at Wabash Valley C.F.
Address: unknown

The above Mentioned Defendants acted in both their Individual and official Capacity, under color of state law, to deprive The Plaintiff Wheatley of those rights protected by the United States Constitution, and the Constitution of the State of Indiana and promulgated rules.



Pg. 3 of 126

## Statement of Jurisdiction:

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because: The Plaintiff Ray E. Wheatley Jr., brings forth this law suit pursuant to 42 U.S.C. § 1983. This court has jurisdiction under 28 U.S.C. § 1331. This court also has jurisdiction of this action under 28. U.S.C. § 1343. The Southern District of Indiana, Terre Haute Division, is an appropriate venue under 28 U.S.C. § 1391 (b)(2) because it is where the events giving rise to the claim occured.

## Cause of Action:

The actions of every Defendant listed in this civil complaint denied The Plaintiff Wheatley of His Eighth, and Fourteenth amendment rights, To the United States Constitution. This was caused by Deliberate Indifference and refusal of Medical and Mental Health Care.

Defendants aforementioned, have all acted in both their Individual and official capacities, under color of state law, to deny The Plaintiff Wheatley, of His Eighth and Fourteenth amendment constitutionally protected rights; when Defendants refused to perform their duties as Medical professionals to ensure that, the Medical needs of Plaintiff Wheatley was met, which caused Plaintiff Wheatley to endure Cruel and usual punishment by way of Severe ongoing Pain.

Pg. 4 of 126

Ground 1% All Defendants violated the Plaintiff Wheatley's Fourteenth Amendment rights to the United States Constitution;

" All persons born or Naturalized in the united States and Subject to the jurisdiction there of, are Citizens of the United States, and or the state where in they reside, No state shall Make or enforce any Law, which shall ebridge any privileges or immunities of citizens of the United States, Nor shall any state deprive any person of life, liberty or property, with-out Due process of laws, Nor deny any person With in its jurisdiction the equal protection of Laws."

Ground 2: All Defendants, violated Article 1, Section 15, and Section 16 of the Constitution of the State on Indiana;
                                    * 15 person arrested or confined
treatment:" No person arrested or confined in jail shall be treated with unnecessary rigor."
                                    * 16 Excessive bail shall not be required:
" Excessive fines shall not be imposed, cruel and unusual Punishment shall not be inflicted, all penalties shall be proportioned to the nature of the offense."
            By refusing Plaintiff Wheatley Medical care put Plaintiff Wheatley through cruel and unusual punishment by being forced to endure severe ongoing pain and Mental Heath

Ground 2 continued from previous page
Decline from Severe Anxiety of feelings of hoplessness
and Helplessness. The Plaintiff Wheatley had no way to
escape the cruel and unsual punishment Inflicted upon him.

## Exhaustion Of Available Remedies:

The Plaintiff Ray Wheatley, has taken great steps
to comply with all grievance procedures at the prison
level and the I.D.O.C. Central office level. To the
Plaintiff Wheatley Knowledge and belief, the Plaintiff
has exhausted all grievances for the filing of this
Complaint.

"See attached Grievances",
under Evidence Exhibits.

## Statement Of Material Facts:

On November 8th, 2021 Plaintiff Wheatley
Submitted a Health care request form stating: Plaintiff
hurt Plaintiff Knuckles on Plaintiffs 4th and 5th digits
on Plaintiffs right hand on 10/15/21. Nurse Kupp gave
Plaintiff a wrap and Tylenol and told Plaintiff if
it didn't feel better in a couple

Pg. 7 of 136

Weeks for Plaintiff to Submit a Health Care request form. Plaintiff also stated that Plaintiffs Hand is still very painfull and swollen. Plaintiff stated It hurts to even Move Plaintiffs fingers and that Plaintiff needed to be seen and have t-rays done.

Plaintiff had an t-ray done Sometime in November of 2021, Plaintiff cannot recall the exact date on t-rays. Plaintiff was told about 10 days after t-rays were done on Plaintiffs right Hand by Defendant Kupp during one of Defendants Kupps routine Medicine pass on the Scu that Plaintiffs t-ray results had come back negative for any breaks.

Plaintiff submitted at least 2 Healthcare request forms between the time Defendant Kupp told Plaintiff Wheatley that the t-rays taken on Plaintiffs right Hand were negative and December 29th, 2021 when Plaintiff submitted and recieved a response to a Health Care request form. In the Health Care request forms that Plaintiff Wheatley recieved No responses from in that time period, Plaintiff Wheatley asked to see a Doctor for His right Hand that was Causing Plaintiff Severe pain. Plaintiff stated in those Health Care request forms that Plaintiffs right hands fourth and fifth digit Knuckles were Swollen, Bruised, and abnormal. These Health Care request forms went unanswered.

Pg 3 of 136

Plaintiff Wheatley Submitted a Healthcare request form on December 29th, 2021 Stating Plaintiff had Hurt Plaintiffs right Hands fourth and fifth digit Knuckles. Plaintiff Stated the Plaintiff had t-rays done and Was told t-rays were negative for a break. Plaintiff stated Plaintiffs right Hand was Still Swollen and abnormal. Plaintiff stated He is still having Pain and discomfort. Plaintiff Was being denied Medical care at this point by not having nothing for the Pain and have not even Seen a Doctor Since the time of injury. Plaintiff did recieve a response to the Medical request Plaintiff Submitted December 29th, 2021 Stating Plaintiff Was Scheduled to See MD.

Plaintiff Wheatley Submitted another Health Care request form on January 10th, 2022 Stating Plaintiff is in Severe pain and Plaintiff has Steadily been complaining of Severe pain, Swelling, and bruising in Plaintiffs right Hand. Plaintiff Stated Plaintiff needs to See the Doctor, There is Something Wrong. Plaintiff recieved a response to the Health Care request form Plaintiff Submitted January 10th, 2022 That Plaintiff Was Scheduled to See MD on January 24th, 2022.

Plaintiff Wheatley was clearly being denied proper Medical care by Plaintiff Still 3 Months after Injury and Multiple Health Care request and verbal request to Nurse's (who pass out Medicine Daily on the Scu where Plaintiff

Pg. 9 of 126

Wheatley at this time was housed & had not recieved anything for the constant severe pain besides 1 bot of 325 Mg Tylenol 24 count the Day of Plaintiff Wheatleys injury. Plaintiff Wheatley 3 Months after injury had still not seen the Docter one time about Plaintiffs injury.

Plaintiff Wheatley submitted a Healthcare Request form on January 24th, 2022 stating Plaintiff Wheatley is going on a Hunger and liquid strike. Plaintiff is not eating or Drinking anything. Plaintiff stated a reason being Plaintiff has been requesting to see Medical Docter for pain in plaintiffs injured right Hand and nothing is being done. Plaintiff has continued to have problems that are documented on medical request and nothing is being properly done. Plaintiff Wheatley was being Denied Medical care and being forced to be in pain severe and ongoing pain for so long Plaintiff was forced to go on a Hunger and Liquid strike to attempt to have his Medical needs properly met. Plaintiff Wheatley was told on a Health care request form, That Plaintiff was Scheduled to see MD on January 24th, 2022. Plaintiff Wheatley Did not see MD on this Date.

Plaintiff Wheatley recieved a response to Health care response form Plaintiff submitted on January 24th, 2021 stating Plaintiff Wheatley was Scheduled to see MD on January 31st, 2022. Plaintiff Wheatley Did not see

Pg 10 of 136

Doctor about His injury to Plaintiffs right Hand. Plaintiff is clearly being denied Medical care. Plaintiff is being forced to endure Constant, Severe, and ongoing pain.

Plaintiff by the date of Febuary 8th, 2022, had tried to file Multiple Grievances about being Denied Medical Treatment, Wrote to the warden of the Facility, And Complained to Multiple Nurses during their routine Medicine deliveries to the Seu where Plaintiff was housed at the time. The Plaintiff's grievances were Denied and Plaintiff's Medical care was being Denied, The Plaintiff felt Plaintiffs Mental Health to begin to deteriorate by Severe feelings of Helplessness and Hopelessness.

Plaintiff Submitted a Health care request form on January 8th, 2022 Stating Plaintiff has put in Multiple Medical request and Plaintiff had filed Multiple grievances about Plaintiffs injured right Hands 4th and 5th digit Knuckles being in pain, swollen, and discolored. Plaintiff Was told Plaintiff was Scheduled to see the Doctor Multiple times. Plaintiff stated Plaintiff even went on a Hunger / Liquid strike to get Scheduled to see Doctor. Plaintiff stated Plaintiff have not once Seen Doctor about Plaintiffs Hand. Plaintiff stated Plaintiff clearly need medical attention for Plaintiffs Hand, Plaintiff asked When Plaintiff would get Medical Help. Plaintiff recieved a response this the Health care request form Plaintiff Submitted on January 8th, 2022 Stating

Pg 11 of 136

Plaintiff is Scheduled with MD.

Defendant Dr. Boyd Was seeing offenders on Febuary 14th, 2022 Housed on the Same unit in the Scu as Plaintiff Wheatley. Plaintiff Wheatley asked the I.D.O.C. Staff member working the unit to ask Defendant Dr. Boyd if the Defendant Dr. Boyd was going to see Plaintiff Wheatley. The I.D.O.C. Staff member returned and Stated to Plaintiff Wheatley that Defendant Dr. Boyd ~~stated~~ stated to Him that Defendant Dr. Boyd was not going to see Plaintiff Wheatley.

Plaintiff Wheatley Submitted Health care request form on Febuary 14th 2022 Stating Plaintiff was once again putting in another Health care request form to see the Doctor about Plaintiffs injured Right Hands 4th and 5th digit Knuckles. Plaintiff Stated Plaintiffs fourth and fifth digit Knuckles on His right Hand have been in Severe pain, to where it Hurts Plaintiff to do anything, even write with Plaintiffs right Hand. Plaintiff Stated the issue had been going on for Months. Plaintiff Stated Plaintiff wanted pictures of Plaintiffs injured right Hand. Plaintiff stated Plaintiff needed Help. Plaintiff Stated This is not right refusing Plaintiff treatment for Months. Plaintiff Stated Plaintiff wanted a copy of Health care request form back. Plaintiff Stated Plaintiff had not been recieveing copies of Health care request forms back. Plaintiff was Seen on Febuary 15th, 2022 by a Nurse only and the Nurse stated to Plaintiff that Plaintiff was Scheduled to see MD and she Did not know why Plaintiff

Pg. 12 of 136

Had not been seen by Defendant Dr. Bayel yet.

Plaintiff Wheatley submitted a request to the ~~staff~~ Ombudsman on Febuary 20th, 2022 about T. Wellington Grievance Specialist and about Medical staff denying ~~too~~ Plaintiff Medical treatment and denying Plaintiff opportunity to grieve the situation.

Plaintiff seen Defendant Dr. Bayd on Febuary 21st, 2022. While at the visit with Defendant Dr. Bayd, ~~D~~ specifically Plaintiff spoke about Plaintiffs injured right Hand and the on-going severe pain. Defendant Dr. Bayd used a stick with cotton swab on the end to poke at the abnormal lump on Plaintiffs right Hand inbetween Plaintiffs fourth and fifth digit Knuckles. Plaintiff complained of Burning, Experiencing numbness on Plaintiffs 4th and 5th digits Knuckles and the Wierd painful swollen Lump between Plaintiffs fourth and fifth digits on Plaintiffs right Hand. Plaintiff stated to Defendant Dr. Bayd that this issue has been going on since october 22nd, 2021. Plaintiff asked Defendant Dr. Bayd why has it taken Defendant Dr. Bayd almost 4 months to even see the Plaintiff while the Plaintiff has filed numerous Health care request forms, Spoke with Multiple Nurses, went on Hunger and liquid Strike, and wrote the Warden and ombudsman? Defendant Dr. Bayd stated to Plaintiff Wheatley that Defendant Dr. Bayd was the only Doctor at Wabash Valley C.F. So Defendant Dr. Bayd was seeing other offenders. This is clearly Deliberate

Pg. 13 of 126

Indifference and refusing Medical Treatment. Plaintiff during The same visit with Defendant Dr. Boyd asked Defendant Dr. Boyd Multiple times for a MRI to be Scheduled and stated to Defendant Dr. Boyd, that just because x-ray was negative for a Break, does not mean there is nothing wrong. Defendant Dr. Boyd admitted to clearly Seeing the abnormal lump in between Plaintiffs 4th and 5th digits on the Plaintiffs right Hand. And Defendant Dr. Boyd Made Multiple comments about how Defendant Dr. Boyd could See Something was wrong with Plaintiffs right Hand, But Did not really know what. Defendant Dr. Boyd Said to Plaintiff Wheatley that it could be Something to do with Nerves. Plaintiff requested Pictures to be taken of Plaintiffs injured right Hand, Defendant Dr. Boyd told Plaintiff Defendant Dr. Boyd would not do that. Defendant Dr. Boyd ordered Plaintiff Wheatley Keppra 500 Mg for Pain and Pretizone for the Swelling and discoloring. By Defendant Dr. Boyd ordering this Medicine is Defendant Dr. Boyd acknowledging there is in fact a issue with Plaintiff Wheatleys injured right Hand. By Defendant Dr. Boyd just trying to Medicate the Plaintiff and not wanting to do further exams to See what the actual issue is is Plaintiff Wheatley being denied proper Medical care and Medical Malpratice.

On Febuary 21st, 2022 around 5:08 p.m. on the A-600 range on the Scu at Wabash Valley C.F. Plaintiff Wheatley Spoke with Defendant Taylor Hill about

Pg 14 of 126

Seeing Defendant Dr. Bryd about how Plaintiff did not really get anything constructive done when Plaintiff finally Did see Defendant Dr. Bryd because a MRI was not ordered or No type of further exam Scheduled to determine what was truly wrong with the Plaintiffs Severly painfull injured right Hand. Defendant Taylor Hill Seen Plaintiff wheatleys injured Swollen, and Discolored right Hand.

On Febuary 22nd, 2022 Plaintiff wheatley filed a grievance with grievance Specialist crichfield at Wabash Valley C.F. stating Defendant Dr. Bryd Seen Plaintiff on Febuary 21st, 2022 And Plaintiff reported to Defendant Dr. Bryd about Plaintiffs Severe ongoing pain and the lack of Being able to do anything with Plaintiffs injured right Hand. Plaintiff Stated Plaintiff Showed Defendant Dr. Bryd Plaintiffs abnormal right Hand, The Swelling, The Discoloring, And the abnormal Lump in between Plaintiffs fourth and fifth digits. Plaintiff requested a MRI to see what was wrong with Plaintiffs right Hand. Defendant Dr. Bryd Stated to Plaintiff it was probably "just Nerve damage." "Probably" is not a diagnose acceptable. This is Medical Malpratice. Plaintiff requested from grievance Specialist Pictures to be taken of plaintiffs injured right Hand. And to Have MRI done. Plaintiffs grievance was once again denied. The grievance Specialist Crichfield Stated the issue was frivolous.

Pg-15 of 1316

Plaintiff Wheatley Submitted a Health care request form to Mental Health on Febuary 23rd, 2021 stating Plaintiffs Mental Health is declining due to not having proper Medical treatment for Plaintiffs injured right Hand. Plaintiff Wheatley stated that Plaintiff has been having problems getting seen by the Defendant Doctor Bryd about Plaintiffs injured right Hand and having anything done about it. And now that Plaintiff finally did See Defendant Dr. Bryd on Febuary 21st, 2022 after Months of the injury, Plaintiff don't believe there was anything usefull done about Plaintiffs Hand. Plaintiff Stated the injury is causing Plaintiffs overall Mental Health to decline because Plaintiff is not able to do things because of Plaintiffs Hand being injured. Plaintiff Stated Plaintiff feels Helpless about getting Proper Medical care And Plaintiff stated this is depressing. Plaintiff Wheatley recieved a response from Mental Health Stating " Please continue to work with Medical and follow their orders. I See in your charts that the MD has a treatment plan for your Hand".

Plaintiff Wheatley did not feel Mental Health cared about Plaintiffs Treatment with the response Plaintiff recieved.

Pg. 16 of 136

Plaintiff Submitted Health Care request form on February 23rd, 2022 to Defendant Kupp during A.M. Medicine pass on the Scu Stating Plaintiff did not feel like Plaintiff resolved anything as far as figuring out what is truly wrong with Plaintiff's right Hands fourth and fifth digit's Plaintiff stated there is very clearly Something very wrong with the Constant and ongoing Severe pain and the discoloring and the wiered Lump thats abnormal in between Plaintiffs 4th and 5th digit Knuckles. Plaintiff Stated Plaintiff needs a MRI or Something like that to be able to show whats wrong with Plaintiffs right Hand and not just a guess. Plaintiff recieved response Stating Prednisone ordered for swelling and Keppra 500mg ordered on February 21st, 2022 also x-ray ordered at MDSC.

Plaintiff Wheatley Showed Defendant Kupp Plaintiff's injured right hand Multiple ~~times~~ R.W. times over the time frame Since the injury occurred. Defendant Kupp Stated to Plaintiff Wheatley Multiple times that Plaintiff was scheduled to see Defendant Dr. Boyd and Defendant Kupp Stated ~~see~~ R.W. Defendant Kupp did not Know why a Plaintiff was not being Seen.

Pg. 17 of 136

Plaintiff Wheatley Showed Defendant Hill Plaintiffs injured, Discolored, and abnormal right Hand Multiple times over the course of Months dating back to October of 2021. Plaintiff asked Defendant Hill Multiple times about why Plaintiff was not being Seen by Defendant Dr. Byrd. Defendant Hill Stated to Plaintiff Wheatley to file a grievance that Plaintiff Should be being Seen.

On February 25th, 2022 Plaintiff Wheatley was taken to have x-rays done. Plaintiff Wheatley Showed the x-ray technichian Plaintiffs abnormal injured right Hand. The x-ray Technichian Stated to Plaintiff that She Saw the discoloring and the abnormal lump in between Plaintiffs 4th and 5th digit Knuckles on Plaintiffs right Hand.

On March 3rd, 2022 Plaintiff Wheatley Submitted Health care request Form Stating Plaintiffs right Hand is still in severe and ongoing pain. The area around Plaintiffs fourth and fifth digit Knuckles remains discolored and Swollen. The Wierd Lump is still in between Plaintiffs 4th and 5th digit Knuckles. The Keppra's are not working for the pain and Plaintiff believed the Keppra's were making Plaintiff sick. Plaintiff Stated Plaintiffs right Hand

Pg 13 of 136

Movement remains Limited and painfull. Plaintiff once again requested pictures of Plaintiffs injured right hand. Plaintiff Wheatley recieved response stating x-ray from 2/85 Normal, MD advised of complaints regarding Keppra.

On March 8th, 2022 Plaintiff Spoke to Defendant Bedwell about Plaintiffs injured right Hand and the ongoing severe pain Plaintiff was in. Plaintiff stated to Bedwell How Defendant Dr. Byrd was denying Plaintiff Proper Medical care. Plaintiff told Bedwell How Plaintiff Did not See Defendant Dr. Byrd for almost 4 Months. Plaintiff stated to Bedwell How the Keppra Defendant Dr. Byrd had ordered was not Working and that the Plaintiff had asked Multiple times for a MRI ~~close~~ to be done on Plaintiffs injured right Hand. Plaintiff showed ~~close~~ Defendant Bedwell Plaintiffs injured right Hand. Defendant Bedwell acknowledged Defendant Bedwell had Seen the abnormal lump and Discoloring on Plaintiffs right Hand. Defendant Bedwell took notes and stated to Plaintiff Wheatley that Defendant Bedwell would Speak to Defendant Dr. Byrd about Plaintiffs injured right Hand.

Pg. 14 of 136

On March 9th, 2022 Plaintiff Wheatley spoke to Defendant Bobbi Riggs about Plaintiffs injured right Hand. Plaintiff stated to Defendant Riggs how Plaintiff was Continuously being denied proper Medical care. Plaintiff showed Defendant Riggs Plaintiffs injured right Hand. Defendant Riggs acknowledged Plaintiffs abnormal right Hand. The abnormal lump in between Plaintiffs 4th and 5th digit Knuckles and the Discoloring. Defendant Riggs stated to Plaintiff that Defendant Riggs would speak with Defendant Dr. Boyd about Plaintiffs injured Hand.

On March 9th, 2022 Plaintiff Wheatley spoke to Defendant Heather at Plaintiffs cell door about Plaintiffs injured right Hand. Plaintiff stated to Defendant Heather how Plaintiff was being denied medical treatment for an ongoing period of about 5 months. Plaintiff complained to Defendant Heather about being in severe pain and not being able to barely use Plaintiffs right Hand. Plaintiff showed Defendant Heather Plaintiffs abnormal right Hand. Defendant Heather acknowledged to seeing Plaintiffs right hand was discolored and had a abnormal lump in between Plaintiffs 4th and 5th

Pg 20 of 136

digits. Defendant Heather said Defendant Heather would look at emails and speak to Defendant Dr. Boyd about whats going on.

On March 8th, 2022 Plaintiff Wheatley submitted a Health Care request form to Mental Health Stating Plaintiff needed to be called out to talk to Mental Health. Plaintiff feeling depressed and helpless. Plaintiff not able to do Plaintiffs Workouts to help ease Plaintiffs mind because Plaintiff hand is injured and in Continuous Severe pain. Plaintiff wants to speak with Mental health about these issues. Plaintiff having alot of Anxiety. Plaintiff Wheatley was called out for a out of Cell Session as a response to this Health Care request on March 17th, 2022 Mental Health Care proffessinal Clark about Plaintiffs Mental Health issues stemming from Plaintiffs injured right hand and the Denial of Medical care. Clark Said she was aware of the injury to Plaintiffs right Hand, from previous conversations. Plaintiff stated to Clark that Plaintiffs Mental Health is detiorating from not being able to do the things Plaintiff normally does to Cope With Plaintiffs everyday problems, like Workout, Draw, and Write. Plaintiff Stated to Clark about how the Severe ongoing pain is a issue, ~~Even~~ Plaintiff complained to Clark about being taken off Keppra 500 Mg and

Pg 21 of 136

not being given anything else for the pain besides a Topical Gel that does not work at all. Plaintiff complained about how Plaintiff was being denied Medical Care. Plaintiff complained to Clark about how up until this date Plaintiff has not had 1 grievance about Plaintiff's denial of of of Medical care go Through. Plaintiff has all of Plaintiffs grievance's denied & Plaintiff Complained of how Plaintiff has tried to take every step available to Plaintiff and had all of Plaintiffs attempts ignored, denied, and call frivous. Plaintiff stated to Clark that Plaintiff felt hopeless, and helpless. Clark stated to Plaintiff wheatley that the only thing she could do was put in a Medical refferal and that she would. Clark also told Plaintiff she was going to send Plaintiff a packet about pain managment.

On March 12th, 2022 Plaintiff Wheatley Submitted a Health care request form stating Plaintiff was told Plaintiffs x-rays were normal, this does not mean that there is nothing wrong with Plaintiffs Hand. Plaintiffs right Hand is still abnormal, Swollen, and discolored. Plaintiff is still in severe ongoing pain. Plaintiff can not use Plaintiffs Hand for everyday activities, Plaintiff not even able to write without severe pain. Plaintiff requested a MRI So Plaintiff and

Pg. 22 of 126

Defendant Dr. Byrd can see whats wrong with Plaintiffs hand and properly treat it. Plaintiff stated just giving Plaintiff is not a treatment. The wierd painful Lump is still between 4th and 5th digit Knuckles. Plaintiff Wheatley recieved a response stating: New Voltaren gel. Give this a try for a few weeks to see if you have improvement of Systoms.

On March 14th, 2022 during A.M. Medicine Pass Plaintiff Wheatley asked Defendant Hill about the Voltaren Gel that Plaintiff Wheatley was told Plaintiff was suppose to be recieving. Defendant Hill stated to Plaintiff Wheatley that Defendant Hill would see whats going on with it. On the Same Day Defendant Hill bring Plaintiff Wheatley "Diclofenac Topical Gel" and stated to Plaintiff Wheatley this is what Defendant Dr. Byrd ordered Plaintiff

On March 21st, 2022 Plaintiff Wheatley Submitted a grievance to grievance specialist Crichfield Stating that on March 12th, 2022 Defendant Kupr

Pg. 23 of 126

Made Plaintiff aware that Defendant Dr. Boyd had stopped Plaintiff Wheatleys prescription of "Keppra 500 mg" "twice daily" for the ongoing and severe pain in Plaintiffs injured right Hands 4th and 5th digit Knuckles. Plaintiff asked Defendant Kupp if Defendant Dr. Boyd was going to replace the Keppra with anything else for the pain? Plaintiff Was told Plaintiff would be recieving "Diclofenac Topical Gel". Plaintiff did not recieve this for 2 days after Plaintiffs Keppra's were stopped. And Now that Plaintiff have recieved and been using the "Diclofenac Topical Gel" it is not working. Plaintiff is still in constant Severe ongoing pain. Plaintiff told Defendant Kupp on March 16th, 2022 that the gel was not working at all and Plaintiff asked for something to be given to Plaintiff for the pain. Defendant Kupp stated it was not up to Her, it Would have to be Defendant Dr. Boyd or Central office to give Plaintiff Something. On March 19th, 2022 Plaintiff stated to Defendant Leann that the Topical Gel was not working at all for the Severe pain in my Hand. It is still a constant and ongoing Severe pain. Everyday Plaintiffs Hand is getting weaker and More painful. Plaintiff needs something for the Severe pain. Plaintiff also showed Defendant Leann Plaintiffs Swollen, discolored, and abnormal hand. Plaintiff is grieving nothing being given to Plaintiff for the pain. Plaintiff

recieved response from grievance Specialist Stating "You have to Submit a HCRF to be seen by the doctor, if not seen Within 10 days from the HCRF then you can grieve that"

On March 21st, 2022 Plaintiff Wheatley Submitted a grievance to grievance specialist Crichfield stating: As of this Date March 21st, 2022 Defendant Dr. Bryd is not doing nothing productive to find out what is wrong with Plaintiffs right Hands 4th and 5th digit Knuckles. Plaintiff was told by multiple nurses and even Defendant Dr. Bryd that it is probably a nerve or ligament issue. Therefore these issues would only show up on a MRI or Something more than a Simple X-ray. There is very clearly Something wrong with the Plaintiffs Hand. Plaintiffs Hand is Swollen, Discolored, and abnormal. Plaintiff is in Constant Severe ongoing pain. Plaintiff has not been given anything acceptable to help relieve the pain. Plaintiff is not able to work out, write for long periods or Draw. Things Plaintiff uses to cope with Plaintiffs life Situation. Plaintiff having Severe Anxiety and feelings of helplessness because Plaintiff cant get help for Plaintiffs Hand. Plaintiff in Constant fear that Plaintiffs hand will be severely damaged for the rest of Plaintiffs life

Pg. 25 of 136

because of the improper treatment and lack of medical treatment Plaintiff is being forced to endure. Plaintiff needs Help. Plaintiff asked for the relief to be To have proper Medical care, To have Something for the Severe ongoing pain, To have Plaintiffs right hand properly treated, to See hand Specialist, To have pictures taken of Plaintiffs hand. Plaintiff recieved response from grievance Specialist Stating: "You have to Submit a HCRF to be Seen by the Doctor, if not Seen within 10 days from the HCRF then you can grieve that."

Plaintiff Wheatley up until the Date of March 31st, 2022 dating back to January 10th, 2022 had Submitted Seven grievances to the grievance office at Wabash Valley Correctional Facility about Plaintiffs denial and improper Medical treatment and all Seven of these grievances were denied, to be even filed.

On March 19th, 2022 Plaintiff Wheatley Submitted a Health Care request form stating that the Diclofenac Sodium gel is not doing anything to relieve the Severe ongoing pain. Plaintiff Stated Plaintiffs hand was not getting any better, That Plaintiffs injured right Hand remained Swollen, discolored, and abnormal. Plaintiff

Pg 26 of 126

Stated that Plaintiff had tried to tape Plaintiffs
4th and 5th digit fingers together with the tape
Defendant Kupp had given plaintiff and told Plaintiff
Defendant Dr. Bryd had told Defendant Kupp to
tell Plaintiff Wheatley to try to tape Plaintiff
fingers together to see if that would help. Plaintiff
requested Something for the ongoing Severe pain and
for a MRI. Plaintiff recieved a response stating
"Multiple HCRF for ongoing issue Refer to MD.
Scheduled 4-02"

Plaintiff Wheatley @ R.W. Submitted Healthcare
request forms on March 23rd, 2022, and March
27th, 2022 Stating Plaintiff was in Severe pain and
Wanted to see Doctor and be given Something
for the pain. Plaintiff Stated Plaintiff Wanted a
MRI and to have proper Medical treatment.
Plaintiff recieved a response on both Healthcare request
forms Stating Plaintiff was Scheduled to See
MD.

On March 27th, 2022 during A.M. Medicine
pass on the scu Plaintiff Wheatley asked Defendant
Bennett When Plaintiff was Suppose to see Dr. Bryd
about Plaintiffs injured right hand that was in

Pg 27 of 18ie

Severe ongoing pain. Plaintiff Wheatley showed Defendant Bennett Plaintiffs injured right Hand. Defendant Bennett acknowledged that She Seen how Plaintiffs hand was Discolored and had a abnormal lump in between Plaintiffs 4th and 5th digit Knuckles. Defendant Bennett stated to Plaintiff that She Seen a previous Health care request form I put it on. that Defendant Bennett wasn't goin to call Plaintiff out for Sick call. because Plaintiff was already Scheduled to see Defendant Dr. Byrd.

On April 4th, 2022  Plaintiff Wheatley in the Morning time Submitted Grievance form in to grievance Specialist chrichfield stating Plaintiff wheatley put in Health Care request form # 549961 on March 23rd, 2022 Specifally Stating Plaintiff wants to see the Doctor about Plaintiffs injured right hands 4th and 5th digit Knuckles. Plaintiff stated Plaintiff was in Severe Constant ongoing pain. Plaintiff Stated Plaintiff didn't have anything thats working for the pain. Plaintiff Stated Plaintiff was on Keppra 500 Mg. Plainti Wrote Medical request stating the Keppra's were causing Plai Stomache pain and Nausea. Plaintiff was taken off of them and Not replaced with any other oral pain Medication. Plaintiff was given Diclofenac Sodium Topical gel. From the 1st day using this, Plaintiff stated/complaned to multiple Nurses that it was not relieving the Severe ongoing pain at all and/

Pg 28 of 136

not changing the condition of Plaintiffs hand. Plaintiff complained multiple times over the course of two weeks of the Diclofenac doing nothing. Plaintiff put in multiple Health care request forms. Plaintiff was told Plaintiff was scheduled to see the Defendant Dr. Boyd for over 2 weeks. Defendant Dr. Boyd has been to the scu in that time frame and did not see plaintiff. Plaintiff's hand is discolored, Swollen, and has a abnormal lump in between Plaintiffs fourth and fifth digit knuckles. Plaintiff is clearly being denied proper medical treatment for Plaintiffs Hand. Plaintiff is in Severe Constant ungoing pain Its extremly painful for Plaintiff to use Plaintiffs Hand to write with or Do anything. Plaintiff is having Severe Anxiety and feelings of hopelessness because Plaintiff can not get proper Medical treatment. Plaintiff requested this relief: To see Doctor, To have proper Medical treatment, To get something for the Severe pain, To see Hand Specialist, To have MRI taken of Plaintiffs hand, To have pictures taken of Plaintiffs hand, Any and All just relief.

On April 4th, 2022 Plaintiff Wheatley Submitted a Second grievance after Plaintiff Wheatley had a visit with Defendant Dr. Boyd. In the

Pg. 29 of 196

grievance, Plaintiff Wheatley. Stated: Plaintiff was called out to See Defendant Dr. Bryd today April 4th, 2037 from 12:55 p.m. to 1:10 p.m. As soon as Plaintiff was in the office Plaintiff asked Defendant Dr. Bryd Why is Defendant Dr. Bryd not ordering or allowing Plaintiff to have a MRI done on Plaintiffs Hand to See whats wrong with Plaintiffs Hand? Defendant Dr. Bryd Stated to Plaintiff that Defendant Dr. Bryd wasn't going to order a MRI because Defendant Dr. Bryd only Believes Plaintiffs Hand to have nerve damage, Which Defendant Dr. Bryd Stated a MRI Would not Show. Plaintiff Stated to Defendant Dr. Bryd that Defendant Dr. Bryd Can not be certain thats the only problem Without a MRI. Plaintiff showed Defendant Dr. Bryd Plaintiffs right Hands fourth and fifth digit Knuckles, they are clearly discolored, Swollen, and abnormal and there is a abnormal lump in between Plaintiffs fourth and fifth digit Knuckles. Defendant Dr. Bryd acknowledged that Defendant Dr. Bryd Seen all of this. Plaintiff told Defendant Dr. Bryd Plaintiff was in Severe ongoing pain and it hurt extremly bad to use Plaintiffs hand to do anything with. All the above has been going on for Months and the Visible Condition of Plaintiff's hand has not changed at all. Plaintiff told Defendant Dr. Bryd that Plaintiff Wanted a MRI Multiple times and Defendant Dr. Bryd

Pg 30 of 136

Said since Plaintiff could still move Plaintiffs hand in what appeared to be normal motion, Defendant Dr. Bryd wasn't going to do that. Defendant Dr. Bryd said Defendant Dr. Bryd could order a nerves test, but wasn't going to unless the tissue on Plaintiffs hand was dying. Plaintiff told Defendant Dr. Bryd Plaintiff did not believe or feel like Defendant Dr. Bryd was helping Plaintiff at all to resolve the issue. All Defendant Dr. Bryd did today, was order Symbolta. Plaintiff is clearly not recieving adequate medical care and Plaintiff is having feelings of Anxiety, helplessness, and hopelessness because Plaintiff can not have adequate Medical Care. Plaintiff asked Defendant Dr. Bryd to see a Hand specialist. Plaintiff asked for this relief: To have something for pain (that works), To have an MRI done on Plaintiffs hand, To have proper Medical Care, To see hand Specialist, To have pictures of Plaintiff's hand taken, Any and All just relief

On April 5th, 2022 during A.M. Medicine Pass on the scu, Plaintiff asked Defendant Bennett if the Symbolta 30 Mg that Defendant Dr. Bryd ordered had Started yet? Defendant Bennett said that She did not Know, but would go check the chart to

Pg. 31 of 136

See. Defendant came back and stated to Plaintiff Wheatley that Defendant Bennett did not see anywhere on Plaintiffs chart where Defendant Dr. Bryd ordered the Symbolta 30 mg as Defendant Dr. Bryd told Plaintiff that the R.N. Defendant Dr. Bryd did on April 4th, 2022 when Defendant Dr. Bryd seen Plaintiff. Defendant Bennett stated to Plaintiff that Defendant Bennett emailed Defendant Dr. Bryd to see what was going on. During P.M. Medicine pass Defendant Bennett told Plaintiff that Defendant Dr. Bryd had not got back to Defendant Bennett yet about the Symbolta. Plaintiff stated to Defendant Bennett that Plaintiffs Hand was in severe pain and Plaintiff needed something, Defendant Bennett said Defendant Bennett was waiting on Defendant Dr. Bryd.

On April 7th, 2022 Defendant Heather came to Plaintiffs cell to tell Plaintiff that Defendant Heather did not even see a order for Symbolta 30 mg at all. About an hour later a Correctional officer came to Plaintiffs cell and told Plaintiff that Defendant Heather had called and said to tell Plaintiff wheatley that Defendant Heather emailed Defendant Dr. Bryd about the Symbolta order.

Pg. 32 of 126

On April 8th, 2022 Plaintiff Wheatley Submitted a Health care request form Stating on April 4th, 2022 Plaintiff was called out to See Defendant Dr. Bryd. Defendant Dr. Bryd told Plaintiff that Defendant Dr. Bryd ordered Plaintiff Symbolta for the Severe ongoing pain in Plaintiffs injured right Hand. Plaintiff asked Defendant Bennett who Said Defendant Bennett looked there was no order for Symbolta. Defendant Bennett told Plaintiff Defendant Bennett emailed Defendant Dr. Bryd to find out what was going on. Plaintiff was told again on April 7th, 2022 by a nurse who came to Plaintiffs door that Plaintiff didn't even have a order for Symbolta. Therefore Defendant Dr. Bryd lied to Plaintiff and is not giving Plaintiff anything for the Severe pain. Plaintiff is clearly being denied Healthcare.

On April 9th, 2022 Plaintiff Wheatley recieved Plaintiffs first dose of Symbolta 20 Mg pill during A.M. Medicine pass. This was after Plaintiff had to push the issue and have Multiple emails Sent to Defendant Dr. Bryd about Defendant Dr. Bryd actually ordering the Medicine for Plaintiff Wheatley like Defendant Dr. Bryd Said He previously did.

Pg: 33 of 136

On April 13th, 2022 Plaintiff recieved a receipt that the grievances Plaintiff Wheatley filed on April 4th, 2022 about Plaintiffs inadequate Medical care for Plaintiffs injured right Hand were filed. This is the first time out of Multiple attempts that plaintiffs grievances were allowed to be filed. Plaintiff grievance Case I.D.# 140162 was denied, Then Plaintiffs grievance appeal to Facility Head was denied, And Plaintiffs grievance appeal to Central office was denied. Plaintiff never once had pictures of Plaintiffs injured Hand taken even after Plaintiff has asked Numerous times for the pictures to be taken to have evidence of Plaintiffs abnormal Hand.

May 5th, 2022 Plaintiff Wheatley Submitted a Healthcare request form stating: Defendant Dr. Bryd put Plaintiff Wheatley on Symbolta on April 4th, 2022 Defendant Dr. Bryd told Plaintiff to give it 2 weeks to a month to start working. The Symbolta is doing nothing for the severe ongoing pain in Plaintiffs right Hands fourth and fifth digit Knuckles. Plaintiffs hand remains discolored, Swollen, and abnormal. The severly painful lump is still there. Plaintiff has no where near normal fuction and Can not use it at all without severe pain. Plaintiff

Pg 34 of 136

needs a MRI on Plaintiffs hand to find out whats wrong and something for the severe ongoing pain.

On May 6th, 2022 Plaintiff Wheatley submitted a Health Care request form to Mental Health stating: Plaintiff needs to talk to Mental Health about feeling Helpless, Hopeless, and having severe Anxiety from not recieving proper Medical Care about my severly Injured right Hand. This issue has been going on for Months. Plaintiff hasn't been able to properly work out to help relieve Plaintiffs Anxiety from being Confined 22 hrs a day. Plaintiff really needs to talk to Someone.

On May 14th, 2022 Plaintiff Wheatley Submitted a Health Care request form stating: Plaintiff put in a previous Health Care request to Speak with Mental Health. Plaintiff Still has not been called out to talk with Mental Health. Plaintiff would like to Come Speak to Someone.

On May 27th, 2022 Plaintiff went to a follow-up Meeting with Nicole Kelly and Everhart about a meeting through telepsych from the previous week where Plaintiff requested to Speak with Mental Health about Plaintiffs injured hand not being treated

Pg. 35 of 126

and showed both women my clearly visible abnormal hand and they acknowledged Plaintiffs abnormal hand. Nicole Kelly and Everhart Said they would Look into the Situation and Call Plaintiff back the following Week, Which is May 27th, 2022. Nicole Kelly and Everhart Said they looked into Plaintiffs situation about injured hand. Nicole Kelly Said she spoke to alot of different people and Said there was nothing more Mental Health could do. Nicole Kelly stated that everyone she spoke to was well aware of Plaintiffs injured hand, and that Plaintiffs been wanting a MRI. Plaintiff to Everhart and Nicole Kelly that Plaintiff was feeling helpless and hopeless about not getting Proper Medical Care and have Severe ongoing Anxiety about not being able to properly use Plaintiffs hand and not being treated properly.

On June 11th, 2022 Plaintiff Submitted Health care request form Stating: Plaintiff turned in Health care request form # 4J0609 on May 5th, 2022 about Seeing Defendant Dr. Boyd about Plaintiffs injured right hands 4th and 5th digit Knuckles and being in constant ongoing severe pain. Plaintiff has not been seen. Plaintiff hand is clearly abnormal with a lump. Plaintiff can't use hand for normal fuctions

Pg 36 of 186

The cymbolta was not working. Plaintiff stated this in Multiple Medical request forms. As of June 11th, 2022 Plaintiff was taken off of cymbolta and not given anything to replace it. This is Deliberate Indifference. Plaintiff want See Defendant Dr. Bryd. Plaintiff wants a MRI on Plaintiffs hand and Pictures taken of Plaintiffs Hand.

On an unknown date while Plaintiff was seeing Defendant Dr. Bryd about a non-related injury to Plaintiff's Jaw. Plaintiff complained to Defendant Dr. Bryd about how Plaintiffs right hand was still in ongoing severe pain. Plaintiff showed Defendant Dr. Bryd Plaintiffs abnormal right Hand and once again requested a MRI. Defendant Dr. Bryd after acknowledging plaintiffs abnormal right hand Stated to Plaintiff the Defendant Dr. Bryd would look into doing something further about Plaintiffs hand. Defendant Dr. Bryd told Plaintiff Wheatley that Defendant Dr. Bryd would put Plaintiff on Trileptal 300 Mg twice daily for the ongoing pain. After this Meeting Plaintiff Wheatley started reciving Trileptal 300 Mg twice daily. This clearly Shows Defendant Dr. Bryd once again acknowledging Plaintiffs injury, but not willing to take the proper Medical

Pg. 37 of 136

steps to properly diagnose Plaintiff Wheatley's injury. This is Deliberate Indifference.

On July 9th, 2022 Plaintiff Wheatley Submitted a Health care request form Stating: Plaintiff Wants a MRI done on Plaintiffs right hand. Plaintiff is in severe ongoing pain. On Plaintiffs last Sick call Defendant Riggs stated to Plaintiff that they were going to deal with Plaintiffs broken jaw before Plaintiffs Hand. Which is clearly wrong to do by just picking 1 thing to deal with. Plaintiff steady losing functions with Plaintiffs right hand. It causes severe pain everytime Plaintiff uses it. There is a clear abnormal lump in between Plaintiffs 4th and 5th digit Knuckles that is severly painful. Plaintiff has requested pictures of Plaintiffs hand Numerous times. Plaintiff was seen at Sick call for this request, was toled Plaintiff was being refered to MD.

On August 15th, 2022 Plaintiff Submitted a Health care request form Stating: Plaintiff waited over four weeks Since now. Plaintiffs last Medical request when the Nurse who seen Me told me she was going to talk about getting MRI with Defendant Dr. Bapel.

Pag 33 of 136

Plaintiff have heard nothing. Plaintiff right hands 4th and 5th digit Knuckles remain in severe ongoing pain. There is still a painful abnormal lump. This has been an issue Since october of 2021. This is Deliberate Indifference.by not doing anything constructive about Plaintiffs hand. Plaintiff wants to be Seen by Defendant Dr. Bryd. Plaintiff was Seen at Sick call. Plaintiff recieved response of Refere to MD and Plaintiffs Trileptal was upped to 600 Mg twice daily.

On August 15th, 2022 Plaintiff Wheatley Turned in a Health care request form ☒ P.w to Mental Health Stating: Plaintiff having feelings of Severe Anxiety, Helplessness, and hopelessness about nothing being done for Plaintiffs injured right hand. Plaintiff stated Plaintiffs in Severe ongoing pain and losing fuction with Plaintiffs hand. Plaintiff not able to workout or draw to help ease Plaintiffs Mind and cope in Plaintiffs current Situation.

On September ☒ 6th, 2022 Plaintiff Wheatley Submitted a Health care request form to Mental Health stating: Plaintiff need to Speak with Mental Health about

Pg. 39 of 186

Severe Anxiety feelings of hopelessness, and feelings of helplessness. Plaintiff not been able to draw or workout normally to help ease Plaintiffs Anxiety due to Plaintiffs hand being injured and Medical/Defendant Dr. Bryal not doing anything Constructive to deal with Plaintiffs injury.

On September 9th, 2022 Plaintiff Seen Mental Health Nicole Kelly with Everhart there and Plaintiff spoke about Plaintiffs Severe Anxiety and Stress about hand not being treated and Plaintiff having Severe Anxiety and Anxious feelings about going home Soon and not being able to workout or draw without Severe pain. Plaintiff spoke about Defendant Dr. Bryal not doing anything about Plaintiffs injured right Hand. Plaintiff spoke about going to Sick calls and nurses Saying they are refering ~~are RCO~~ R.W. Plaintiff to Defendant Dr. Bryal, but Plaintiff not being Seen by Defendant Dr. Bryal.

On September 15th, 2022 Plaintiff Wheatley Submitted Health care request # 514294 stating: Plaintiff injured Plaintiffs left Shoulder when Plaintiff fell trying to get onto Plaintiffs top bunk when Plaintiffs

Pag 46 of 136

injured right hand had a severe pain spasm causing Plaintiff to lose balance and fall hiting Plaintiffs left shoulder on bunk then on chair before falling all the way to floor. This immediately caused severe pain in Plaintiffs left shoulder Scdpula area. This Health Care request form went unanswered.

On September 19th, 2022 Plaintiff was feeling so hopeless and helpless and was having severe anxiety about not being able to have my right hand properly treated and was in severe pain from my right hand and left shoulder and feeling trapped with no way to get my hand properly treated, Plaintiff finally snapped and destroyed Plaintiffs own cell breaking Plaintiffs personal property and Plaintiff cut his own wrist feeling Plaintiff had way of getting help and Plaintiff felt Mental Health was not trying to listen to Plaintiff.

On September 24th, 2022 Plaintiff Wheatley Submitted a Health Care request form stating: Plaintiff Wanted to speak to Mental Health about the Incident on September 19th, 2022. when Plaintiff went to CCu on Suicide watch for when Plaintiff cut Plaintiffs wrist.

Pg. 41 of 126

Plaintiff had been telling Mental Health that Plaintiff had been having feelings of helplessness, hopelessness, and Severe Anxiety. Plaintiff had no way to relieve Plaintiffs Anxiety since Plaintiff was not able to draw or workout because Plaintiffs right hand is severly injured and in Severe pain everytime Plaintiff attempts to do the things that relieve Plaintiffs Anxiety.

On September 26th, 2022 Plaintiff spoke with Mental Health Nicole Kelly via telepsych while Mental Health Everhart was present. Plaintiff spoke about the issues that led up to Plaintiff Wheatley attempting suicide by Plaintiff Slicing Plaintiff's Wrist. Nicole Kelly blatantally and very unproffessionally accused Plaintiff Wheatley of being Manipulative by Plaintiff hurting himself. Plaintiff has had no history of doing this and all the Plaintiff was asking Mental Health for was help to mediate to help Plaintiff get Plaintiffs injured right hand proprely treated so Plaintiff would have a way to relieve Plaintiffs severe Anxiety by doing the things Plaintiff normally did prior to Plaintiffs hand being injured, like drawing and working out. Plaintiff Stated to Nicole Kelly that after almost

Pg. 42 of 136

a year of not being able to have an outlet to relieve Plaintiffs Anxiety and Stress with the added Stress of dealing with Medical denying Plaintiff treatment and forced to endure Constant Pain, Plaintiff feels like Plaintiffs is trapped With no way out. Mental Health Nicole Kelly Continued to not want to listen to Plaintiff and was calling Plaintiff a liar, and making false accusations about how Plaintiff was feeling and belittled Plaintiff. Plaintiff had to walk out of Meeting due to being really emotionally. After this Mental Health Meeting, Plaintiff felt like now R.W. Plaintiff really had nowhere to turn for any type of Help. Plaintiff would Continue to have Severe Mental Health issues, but felt Plaintiff could not see Mental Health because obviously Mental Health would and did only Make things worse. This is a clear denial of proper Mental Health treatment.

On October 2nd, 2022 Plaintiff Wheatley Submitted a Health Care request form Stating: This is Plaintiffs Second Medical request Concerning Plaintiffs injured Shoulder its in Severe pain and limited Movement. Plaintiff needs

Pg-43 of 126

to be Seen. Plaintiff was Seen in response to this Health care request on october 4th, 2022. Plaintiff was only Seen by a Nurse. Plaintiff stated to Nurse that Plaintiff had a Severe Pain Spasm in Plaintiffs right hand while getting onto top bunk which caused Plaintiff to fall and injure Plaintiffs Shoulder. Plaintiff complained of Pain Shooting into Plaintiffs neck. Nurse told Plaintiff She Would referr Plaintiff to MD Plaintiff was told Plaintiff Would be getting Prednisone.


On october 24th, 2022  Plaintiff Submitted Health care request form stating: Plaintiffs left Shoulder is still in Severe pain from where Plaintiff fell because Plaintiff right hand had a pain Spasm when Plaintiff tried to get on Plaintiffs top bunk. Plaintiff been Seen and have been taking Prednisone, it is not helping Its a Constant.

Pg 44 of 136

pain with spasms of extreme severe pain throughout the day. Plaintiff was told Plaintiff was being refered to MD.

On November 4th, 2022 Plaintiff seen a female Doctor (Plaintiff not aware of name). She ordered Plaintiff Voltaren Gel and Naproxen for Plaintiffs Shoulder. She told Plaintiff she would order a x-ray for Plaintiffs shoulder.

On November 8th, 2022 Plaintiff submitted a Health Care request form stating: Plaintiff recieved an x-ray on Plaintiffs left foot and left shoulder. Plaintiff would like the results on both x-rays. Also on November 4th, 2022 Plaintiff seen the Doctor for chronic care she ordered Voltaren gel and Naproxen for Plaintiffs Shoulder. Plaintiff still have not recieved either. Will you look into this and get them to Plaintiff.

On a date Plaintiff does not recall, Plaintiff started Physical Therapy once a week with a Physical Therapist about Plaintiffs injured left Shoulder. The x-ray that Plaintiff had on Plaintiffs left shoulder did show a grade II Ac Separation. On the very

Pag 45 of 126

first visit with Physical Therapist. After only a few brief Moments, The Physical Therapist stated to Plaintiff to hold on because He had to go get Defendant Dr. Bryd because there was something very wrong with Plaintiff's Scapular Muscle area. Once Physical Therapist returned with Defendant Dr. Bryd and another female, The Physical Therapist pointed out a large abnormal lump on Plaintiffs Scapular area and asked Defendant Dr. Bryd how he had not noticed this before and known this was very wrong and should not be there. Defendant Dr. Bryd took pictures with Defendant Dr. Bryds cell phone and Physical Therapist told Defendant Dr. Bryd that Plaintiff needed a MRI or ultrasound to try to find out why this was here. This clearly shows that a X-ray does not show everything and that Defendant Dr. Bryd clearly was denying Plaintiff Wheatley Proper Medical treatment by only trying to rely on X-rays.

On January 23rd, 2023 Plaintiff Wheatley Submitted a Health care request form stating: Plaintiffs Scapular Muscle in Plaintiffs left shoulder is in severe and ongoing pain. Plaintiff was going to physical Therapy

Pg 46 of 136

Where physical Therapist at very first Meeting told Defendant Dr. Boyd Plaintiff needed a MRI and/or ultraSound to See why Plaintiff had a clear lump in Scapular Muscle area. Its causing Severe pain to shoot to Plaintiffs neck. Plaintiff needs to See the Doctor. Plaintiff recieved a response Stating: Defendant Dr. Boyd emailed to inquire about Plans. ultra Sound to be ordered.

On January 22th, 2022 Plaintiff Submitted a Health care request form Stating: Plaintiff's right hand is in Severe ongoing pain Plaintiff Still have a abnormal lump in between Plaintiffs fourth and fifth digits. Plaintiff have Severe pain using Plaintiff's right hand. to do anything. Plaintiff need MRI done on it to See whats wrong. It is discolored as well. This injury has Caused Plaintiff to Severly injure Plaintiffs left Shoulder by having pain Spasm in hand while getting up onto bunk and So Severe Plaintiff lost use of hand Which Caused Plaintiff to fall and Hit Shoulder. Plaintiff need to See Doctor.

On February 21st, 2022 Plaintiff Submitted Health care request form Stating: Plaintiff had ultraSound a little over a Week ago on Plaintiffs left Shoulder blade. Will you please give me a copy of the results and

Pg. 47 of 136

Specialist findings? Plaintiff attached a remittance form. Shoulder left still in severe ongoing pain.

On March 22nd, 2023 Plaintiff submitted a Health care request form stating: This is Plaintiffs Second Medical request. Plaintiffs first Medical request was never answered. its been over 10 days. Plaintiffs left shoulder is in Severe ongoing pain. Plaintiff recieved a form from Plaintiffs counselor stating Plaintiff refused. Plaintiff never refused Plaintiffs shoulder treatment. Plaintiff never seen sheet that had Plaintiff's Signature on it. Plaintiff gave it to Nurse Bri the same day. She Said she would see whats wrong. Plaintiff needs treatment. Plaintiff have never refused Shoulder treatment. Plaintiff hand is in severe ongoing pain and has Spasms. Plaintiff recieved a response stating: PT rescheduled.

On April 27th, 2023 Plaintiff submitted a Health care request form stating: The physical Therapist Plaintiff been seeing told Plaintiff to put in a HCRF to speak with Defendant Dr. Boyd about Plaintiffs treatment plan for Plaintiffs left shoulder that is still in Severe ongoing pain. Plaintiff recieved response stating: Scheduled w/ provider.

Pg 48 of 186

On May 8th, 2023 Plaintiff Wheatley Submitted a Health care request form stating: Attn Dr. Boyd: The shots that Defendant Dr. Boyd put into Plaintiffs left Shoulder area did nothing at all to help. Plaintiff Shoulder area was just really more Sore and really tight the day of Shots and next day Same as before the Shots. Plaintiff's left Shoulder area and neck are still in Severe ongoing pain and have Shooting pain Spasms into Plaintiffs neck behind Plaintiffs left ear. Plaintiff recieved a response stating: Scheduled 5-9-23 NP refused on 9th, reschedulled. Plaintiff never refused this meeting.

On June 6th, 2023 Plaintiff Wheatley Submitted a Health care request form stating: Plaintiffs left Shoulder/Scapula area is in Severe ongoing pain. Plaintiff need to See Defendant Dr. Boyd about what Plaintiff's treatment plan is going forward. Plaintiff was told on the 9th of May Plaintiff was rescheduled to See Defendant Dr. Boyd and its almost a month later and Plaintiff still not been Seen. This is a reel issue that needs dealt with. Plaintiff in constant pain. Also Plaintiffs right hands 4th and 5th digit Knuckles are still in severe ongoing pain. Plaintiff needs to See the Doctor. Plaintiff recieved response stating: Trigger point injection 5/5

Pg 4a of 186

reschedulled for tt Plan.

On June 6th, 2023 Plaintiff Wheatley attempted to file a grievance to the grievance specialist Madison Gilbert at Wabash Valley Correctional Facility stating: Plaintiff filed HCRF# 507578 on 6-6-23 stating: Plaintiff left shoulder/scalpa area is still in severe ongoing pain. Plaintiff need to see Defendant Dr. Bryd about what Plaintiff treatment plan is going forward. Plaintiff was told on the 9th of May 2023 Plaintiff was reschedulled to see Defendant Dr. Bryd and its almost a month later and Plaintiff still not been seen. This is a real issue that needs dealt with. Plaintiff in constant pain. Also Plaintiff right hands 4th and 5th digit knuckles are still in severe ongoing pain. Plaintiff need to be seen. On 5-5-23 Defendant Dr. Bryd told Plaintiff when Defendant Dr. Bryd gave Plaintiff injections into Plaintiff's shoulder area that if Plaintiff didn't feel better in 2 days to wite Defendant Dr. Bryd and we would move to the next thing and stated Defendant Dr. Bryd did not believe the injections were going to help. Plaintiff had physical therapy and the physical therapist stated that there is definately something wrong thats not showing up on the x-rays

Pg. 50 of 136

or ultrasound, so something else needs to be done.
Also Plaintiffs right hands 4th and 5th digit Knuckles
are in severe ongoing pain still. There is still a wierd
lump there and still looks abnormal. Plaintiff stated
the relief Plaintiff is seeking is: To see specialist
about Plaintiffs Shoulder to be properly treated, to
See Defendant Dr. Boyd about treatment plan, To have
MRI done on Plaintiffs right hand, and to have
Pictures taken of Plaintiffs right hand. This grievance
was denied.

On a date Plaintiff does not recall,
Plaintiff was talken to Terre haute hospital for
a MRI to <del>at</del> RW be done on Plaintiffs Shoulder.

On a date Plaintiff does not recall, Plaintiff
Seen Defendant Dr. Boyd after the MRI was
done on Plaintiffs left shoulder. Plaintiff and Defendant
Dr. Boyd discussed what the next step going forward
would be because Plaintiff clearly has a abnormal
lump on Plaintiffs left shoulder area, but so far
No scans have showed it. Defendant Dr. Boyd
Stated to Plaintiff wheatley that since the Plaintiffs
out date was less than a months away that

Pg. 51 of 186

Defendant Dr. Byrd did not believe the Health Care provider would approve for anything else to be done to try to diagnose the problem. This statement clearly shows deliberate indifference and the denial of Medical Treatment.

On a date that Plaintiff does not recall, Plaintiff was given Plaintiffs Voltaren gel @ Raw that was prescribed to Plaintiff for Plaintiffs shoulder. On the Packaging the Voltaren gel came in it specifically states not for use on Shoulder or back.

On October 22nd, 2023 Plaintiff submitted a Health Care request form stating: Plaintiff still having Severe ongoing pain in Plaintiffs right hands 4th and 5th digit Knuckles. Plaintiff also still having Severe ongoing pain in my left Shoulder. Plaintiff want to see Defendant Dr. Byrd about these ongoing issues. Plaintiff recieved response stating Voltaren gel ordered, Trileptal increased 1200 Mg twice a day.

Pg 53 of 126

The Plaintiff Wheatley would like to respectably point out to the Honorable Court that all though Plaintiff Wheatley's Complaint Plaintiff Wheatley has complained of a abnormal lump on Plaintiff Wheatley's right hand in between Plaintiff's fourth and fifth digits that has caused Plaintiff Severe and ongoing pain as well has Mental Health issues due to the fact of Plaintiff not being able to do everyday activities to relieve Plaintiffs Anxiety as well as the issue with Medical and Mental Health not willing to help Plaintiff in a Meaningful or Proffesional way which caused Plaintiff to feel an extreme amount of Anxiety and feelings of helplessness and Hopelessness at a continuous amount of time. During all though this complaint Plaintiff wheatley has begged Medical Proffesionals to have a MRI done and/or any Scan that would show the obvious lump to be able to treat the abnormal lump. Plaintiff Wheatley on Numerous occasions has requested pictures to be taken of the abnormal lump and Plaintiff Wheatley's Right Hand and at all levels the pictures has

Pg. 53 of 186

been refused. This all clearly shows deliberate Indifference as well as cruel and unusual punishment. towards Plaintiff Wheatley.

Plaintiff Wheatley would also like to respectable point out to the Honorable Court that from the begining point during Plaintiff Wheatley's complaint when Plaintiff injured Plaintiff's left Shoulder, Plaintiff Wheatley went over 3 Months with a clear to the Naked eye abnormal lump on Plaintiff Wheatleys Scapula and Defendant Dr. Bryd would only order x-rays. It took an outside Proffessional to come In to do Physical Therapy to point the clear and obvious lump out to Defendant Dr. Bryd to have Defendant Dr. Bryd order More Scans on Plaintiff Wheatley's Scalpula / left Shoulder Area. And once the Physical Therapist pointed the clear abnormal lump out on Plaintiff Wheatleys very first appointment with Plaintiff Wheatley was when Something Started to be done. This clearly shows deliberate Indifference and Cruel and usual punishment. As well as Defendant Dr. Bryd chose to overlook the clear abnormal lump on Plaintiff Wheatley's Scalpula /

Pg 54 of 126

left Shoulder area just as Plaintiff Wheatley as complained that Defendant Dr. Bryd as done with Plaintiff Wheatley's Right Hands clear to the Naked eye abnormal and Severly painful lump for about two years. This one again very clearly shows Deliberate Indifference as well very clearly shows cruel and unusual punishment to Plaintiff Wheatley by Medical and Mental Health for the obvious extremely Poor treatment of Plaintiff Wheatley.

### Affirmation Of Plaintiff

I, the Plaintiff in the aforementioned statement of Material Facts, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal Knowledge and belief.

Signed this 6th Day of November, 2023

Signed,
Roy Wheatley Jr
Roy Wheatley Jr.

Pg. 55 of 136

Plaintiff Wheatley respectably Enters the following Exhibits into Evidence; The refused to file grievances Plaintiff had returned to Him mentioned in the Body of "Statement Of Material Facts".

17 Pages Including this cover sheet.
Rev.

Dated November 6th, 2023

respectably Signed,
Roy Wheatley Jr.
Roy Wheatley Jr.

Plaintiff Wheatley would like to respectably ask the Honorable court for understanding about the following; Plaintiff Wheatley has more evidence to Support His complaint Such as Medical request forms, Witness Statements, letter to warden Vanihel at Wabash Valley C.F., letters to the grievance specialist and handwritten Documents that the Plaintiff has not filed with this complaint for the fear and Stress of Plaintiff losing His only copies/originals through the prison Legal library and prison Inner Facility Mail System. Plaintiff has had issues in the past with this type of Issue and it is documented. Plaintiff wishes to preserve this evidence. Plaintiffs release Date is February 1st, 2024, once released Plaintiff States to the Honorable Court Plaintiff will Submit this evidence above mentioned in a acceptable and respectable timely Manner. Thank your Honorable court.

Pg. 120 of 126

<u>Relief Requested</u>:

Wherefore; The Plaintiff Wheatley respectably request this Honorable Court to grant the following Sought relief:

<u>a.</u>) Issue a Declaratory Judgement that, Defendants did in fact violate the Plaintiff Wheatley's rights, as stated in the body of this Complaint.

<u>B.</u>) Issue an order of protection for all evidence and/or Including Plaintiffs Medical and Mental Health records in this matter to be preserved by the Defendants, Based on the protection of Plaintiffs Medical and Mental Health records. The Medical and Mental Health records are Highly relevant for the Plaintiff complaint, Making this order of Protection to Preserve evidence in this Matter Importive.

C.) Issue an injuction order, addressing each issue, as set out in the Body of this Complaint, and order Defendants to refrain from the un-Constitutional pratices of Denying offenders adequate, timely, and professional Medical care and Mental Health treatment.

D.) Grant compensatory damages, and as well as Punitive Damages in the following Amounts:

$ 1,000,000⁰⁰ against Defendant Dr. Bryd, Samuel

$ 1,000,000⁰⁰ against Defendant Centurion

$ 1,000,000⁰⁰ against Defendant Heather

Pg. 131 of 136

$1,000,000 against Defendant Bedwell

$1,000,000 against Defendant Lauren Kupp

$1,000,000 against Defendant Bobbi Riggs

$1,000,000 against Defendant Elizabeth Bennett

$ $1.00 against Defendant Taylor Hill

E.) Grant Punitive Damages, in the amount of $25,000. against each of the Defendants, for Mental and emotional Distress.

F.) Grant Punitive Damages in the form of ; Defendants be permately forever responsible for the ongoing Medical Health Care and Mental Health Care Concerning the Issues Made in the body of this complaint.

G.) For this Honorable Court to respectfully issue a order for the Defendants Medical license and certifications to be reevaluated by The Honorable State of Indiana Medical Board.

## Affirmation Of Plaintiff

I, the Plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this 6th day of November, 2023

Roly Wheatley Ozr.